IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 17-138 |
| | : | |
| RALPH MALDONADO | : | |

**<u>ORDER</u>**

AND NOW, this 15th day of January, 2021, upon consideration of Defendant Ralph Maldonado's "Motion for Compassionate Release," and the Government's opposition, and for the reasons stated in the accompanying Memorandum, it is ORDERED the Motion (Document 50) is DENIED.

BY THE COURT:

 /s/  Juan R. Sánchez
Juan R. Sánchez, C.J.