IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 17-138 |
| RALPH MALDONADO | : | |

**ORDER**

AND NOW, this 8th day of March, 2022, it is hereby ORDERED that Defendant, Ralph Maldonado's Pro Se Motion for Compassionate Release (Document No. 61) is DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
_____
Juan R. Sánchez,         C.J.